

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

May 27, 2020

**BY EMAIL**

The Honorable Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *United States* v. *Rahmel Nash and Frank Delorenzo, 20 Mag. 5200*

Dear Judge Smith:

      The Government respectfully requests that the compaint in the above-referenced case be unsealed.

                        Respectfully submitted,

                        GEOFFREY S. BERMAN
                        United States Attorney

              by: _____
                        Lindsey Keenan
                        Assistant United States Attorney
                        (914) 993-1907

Granted.

SO ORDERED: _____
                Hon. Lisa Margaret Smith
                    U.S.M.J.

              5/27/2020