## UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
UNITED STATES OF AMERICA,

       Plaintiff,     **SCHEDULING NOTICE**

  -against-         20 MJ 5200 (LMS)

RAHMEL NASH and,
FRANK DeLORENZO,

       Defendants.
---------------------------------------------------------X

TO ALL PARTIES:

  The Court has scheduled hearing in this matter for Wednesday, May 27, 2020, 1:00 PM, before Magistrate Judge Lisa Margaret Smith. Members of the press and public may use the following information to access the teleconference: (1) Dial the Meeting Number: (855) 268-7844; (2) Enter the Access Code: 67812309#; and (3) Enter PIN Number: 9921299#. Should legal counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4130.

  Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

Dated:  May 27, 2020
      White Plains, New York

SO ORDERED: _____
Hon. Lisa Margaret Smith
U.S.M.J.