March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-

Rahmel Nash          , Defendant(s).

----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

~~_____-CR-_____(___)(___)~~

20 MJ 5200

Defendant __Rahmel Nash_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

**X**   Initial Appearance/Appointment of Counsel

___   Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Preliminary Hearing on Felony Complaint

___   Bail/Revocation/Detention Hearing

___   Status and/or Scheduling Conference

___   Misdemeanor Plea/Trial/Sentence

/s/ Rahmel Nash, signed by USMJ Smith with permission from the Defendant during initial appearance_____

Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

## Rahmel Nash
_____
Print Defendant's Name

_[signature]_
_____
Defense Counsel's Signature

## Daniel A. Hochheiser
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

_[signature: Lisa Margaret Smith]_

___5/27/2020_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge